UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re:<br><br>Peyton Tianna Dalley,<br><br>                             Debtor. | **Bankruptcy Case<br>No. 18-41165-JMM** |
|---|---|

**ORDER SANCTIONING DEBTOR'S COUNSEL**

    At the conclusion of the June 4, 2019, hearing on the Court's Order to Show Cause, Dkt. No. 30, the Court imposed a $500 fine pursuant to 11 U.S.C. § 105(a) for the conduct of not following the Court's installment fee order in the above-captioned case, as well as in numerous other chapter 7 cases described in the Court's Order to Show Cause. Accordingly,

    **IT IS HEREBY ORDERED** that Debtor's Counsel, Kameron M. Youngblood, is fined in the amount of **$500** pursuant to 11 U.S.C. § 105(a). Such fine shall be made payable to the Clerk of the Court, and must be remitted, along with a copy of this Order, on or before **June 18, 2019.**

DATED: June 5, 2019

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

ORDER−1